IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEUTSCHE BANK NAT'L TRUST CO.,

      Plaintiff,                      No. CIV 2:12-cv-0418-GEB-JFM (PS)

  vs.

STEVEN BOYD, *et al.*,

      Defendants.             <u>ORDER</u>

_____/

        Plaintiff has filed a notice of voluntary dismissal. Doc. No. 5. Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: August 20, 2012.

                                  */s/ John F. Moulds*
                              UNITED STATES MAGISTRATE JUDGE

/014;deut0418.59